

# THE THIRTEENTH COURT OF APPEALS

---

## 13-24-00514-CV

---

In the Matter of the Marriage of Tammy Lee Cruey and Stephen Paul Cruey and
Stephen Paul Cruey
v.
Elena Lemke and Beautifully Modest Boutique, LLC d/b/a Beautifully Modest and
Beautifully Modest Boutique (an Ohio Entity)

---

On Appeal from the
18th District Court of Johnson County, Texas
Trial Court Cause No. DC-D202001070

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

July 10, 2025